GIBSON, DUNN & CRUTCHER LLP
JONATHAN C. DICKEY, SBN 088226
PAUL J. COLLINS, SBN 187709
MICHAEL B. SMITH, SBN 235764
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendants
JEFFREY B. O'NEILL and O'NEILL ACQUISITION CO., LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL SHURKIN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STATE VINTERS, INC., et. al.,<br><br>Defendants. | CASE NO. C-04-3434-MJJ<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DATES FOR FILING OF PAPERS RELATING TO DEFENDANTS' MOTIONS TO DISMISS** |

WHEREAS, the Amended Complaint in the above-captioned action was filed on September 23, 2005;

WHEREAS, defendants are represented by three separate law firms;

WHEREAS, all of the defendants intend to file motions to dismiss the Amended Complaint, which presently would be due on October 3, 2005, but have requested additional time so as to allow their legal counsel to coordinate their responses and, to the extent practicable, eliminate overlapping and redundant arguments;

WHEREAS, if more than one motion to dismiss is filed, plaintiff may desire to file a consolidated response to defendants' motions to eliminate redundant and overlapping arguments;

WHEREAS, the parties have agreed to a stipulated briefing schedule;

1

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR FILING OF PAPERS RELATING TO
DEFENDANTS' MOTIONS TO DISMISS                                                                 Case No. C-04-3434-MJJ

1  NOW THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to
2 order, as follows:

3  1. Defendants shall file and serve their motions to dismiss no later than November 7,
4 2005.

5  2. Plaintiff's response to defendants' motion(s) to dismiss shall be filed and served no
6 later than December 22, 2005. If more than one motion to dismiss is filed, plaintiff may file a single
7 consolidated response to all motions, which shall not exceed the number of pages that plaintiff would
8 be allotted if he filed individual responses to each motion.

9  3. Defendants shall file and serve their reply papers to plaintiff's opposition(s) to
10 defendants' motions to dismiss no later than February 1, 2006. If plaintiff files a consolidated
11 opposition to multiple motions to dismiss, defendants may combine their replies into a single brief,
12 which shall not exceed the total number of pages defendants would be allotted if each moving
13 defendant replied separately.

14  4. Nothing in this Stipulation shall preclude any party from seeking a further adjustment
15 to the dates set forth herein, or other appropriate relief, for good cause shown.

16 DATED: September 30, 2005        LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
17                                  DENNIS J. HERMAN
                                    WILLOW E. RADCLIFFE
18

19
                                    By:_____/s/_____
20                                              Dennis J. Herman

21                                  100 Pine Street, Suite 2600
                                    San Francisco, CA  94111
22                                  Telephone:  (415) 288-4545
                                    Fax: (415) 288-4534
23
                                    LERACH COUGHLIN STOIA GELLER
24                                  RUDMAN & ROBBINS LLP
                                    WILLIAM S. LERACH
25                                  401 B Street, Suite 1700
                                    San Diego, CA  92101
26                                  Telephone: (619) 231-1058
                                    Fax: (619) 231-7423
27
                                    Attorneys for Plaintiff ISRAEL SHURKIN
28

Gibson, Dunn & Crutcher LLP

2
STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR FILING OF PAPERS RELATING TO
DEFENDANTS' MOTIONS TO DISMISS                                        Case No. C-04-3434-MJJ

| | |
|---|---|
| DATED:  September 30, 2005 | KIRKPATRICK & LOCKHART LLP<br>JONATHAN M. COHEN<br><br>By:　　　　　/s/　　　　　　　　　<br>　　　　　　Jonathan M. Cohen<br><br>Four Embarcadero Center, 10th Floor<br>San Francisco, CA  94111<br>Telephone: (415) 249-1000<br>Fax:  (415) 249-1001<br><br>Attorneys for Defendant GOLDEN STATE VINTNERS, INC. |
| DATED:  September 30, 2005 | FARELLA BRAUN & MARTEL LLP<br>C. BRANDON WISOFF<br><br>By:　　　　　/s/　　　　　　　　　<br>　　　　　　C. Brandon Wisoff<br><br>235 Montgomery Street<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4449<br>Fax:  (415) 954-4480<br><br>Attorneys for Defendants JEFFREY J. BROWN and JOHN G. KELLEHER |
| DATED:  September 30, 2005 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN<br><br>By:　　　　　/s/　　　　　　　　　<br>　　　　　　Steven Sherr<br><br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Telephone:  (415) 434-1600<br>Fax:  (415) 217-5910<br><br>Attorneys for Defendant HANK UBEROI |

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR FILING OF PAPERS RELATING TO
DEFENDANTS' MOTIONS TO DISMISS                                                                 Case No. C-04-3434-MJJ

| | | |
|---|---|---|
| 1 | DATED:  September 30, 2005 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | JONATHAN C. DICKEY |
| | | PAUL J. COLLINS |
| 3 | | MICHAEL B. SMITH |

By:_____/s/_____
                    Michael B. Smith

1881 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 849-5300
Fax:  (650) 849-5333

Attorneys for Defendants JEFFREY B. O'NEILL and
O'NEILL ACQUISITION CO., LLC

Gibson, Dunn & Crutcher LLP

4

STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR FILING OF PAPERS RELATING TO
DEFENDANTS' MOTIONS TO DISMISS                                                            Case No. C-04-3434-MJJ

# O R D E R

Pursuant to stipulation of the parties and for good cause, it is hereby ordered that:

NOW THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

1. Defendants shall file and serve their motions to dismiss no later than November 7, 2005.

2. Plaintiff's response to defendants' motion(s) to dismiss shall be filed and served no later than December 22, 2005. If more than one motion to dismiss is filed, plaintiff may file a single consolidated response to all motions, which shall not exceed the number of pages that plaintiff would be allotted if he filed individual responses to each motion.

3. Defendants shall file and serve their reply papers to plaintiff's opposition(s) to defendants' motions to dismiss no later than February 1, 2006. If plaintiff files a consolidated opposition to multiple motions to dismiss, defendants may combine their replies into a single brief, which shall not exceed the total number of pages defendants would be allotted if each moving defendant replied separately.

4. Nothing in this Stipulation shall preclude any party from seeking a further adjustment to the dates set forth herein, or other appropriate relief, for good cause shown.

DATED this __4th__ day of ___October___, 2005.

_____
Martin J. Jenkins
United States District Judge

45074573_2.DOC



5

STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR FILING OF PAPERS RELATING TO DEFENDANTS' MOTIONS TO DISMISS   Case No. C-04-3434-MJJ

Gibson, Dunn & Crutcher LLP