C. Brandon Wisoff (State Bar No. 121930)
Jenny Teaford (State Bar No. 228635)
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
Jeffrey J. Brown and John G. Kelleher

RECEIVED E-filing
NOV 3 2005
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 10 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ISRAEL SHURKIN, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN STATE VINTNERS, INC., JEFFREY J. BROWN, JEFFREY B. O'NEILL, JOHN G. KELLEHER and O'NEILL ACQUISITION CO., LLC,<br><br>Defendants. | Case No. C04-3434 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITATION** |

Defendants, Golden State Vintners, Inc., Jeffrey J. Brown, John G. Kelleher, Jeffrey B. O'Neill, and O'Neill Acquisition Co., LLC. (the "Movants") and Plaintiff, Israel Shurkin, through their counsel of record, hereby stipulate to the following:

1. The Movants, who are represented by three separate law firms, will file a single, consolidated brief on behalf of their motion to dismiss plaintiff's amended complaint in the above captioned action rather than filing three individual briefs.

2. The Movants' consolidated brief will consist of a total of no more than 35 pages.

3. Plaintiff, Israel Shurkin, may file a brief responding to Movants' motion of up to 35 pages.

Case No. C04-3434 MJJ

19206\845029.1

| | |
|---|---|
| 1  DATED: _____, 2005 | LERACH COUGHLIN STOIA GELLER |
| 2 |   RUDMAN & ROBBINS LLP |
|   | 100 Pine Street, Suite 2600 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: (415) 288-4545 |
| 4 | Facsimile: (415) 288-4534 |
| 5 | 401 B Street, Suite 1700 |
|   | San Diego, CA 92101 |
| 6 | Telephone: (619) 231-1058 |
|   | Facsimile: (619) 231-7423 |
| 7 | |
| 8 | By:_____ |
|   |   Dennis J. Herman |
|   |   Willow E. Radcliffe |
| 9 |   William S. Lerach |
| 10 | Attorneys for Plaintiffs |
| 11  DATED: 11/3, 2005 | FARELLA BRAUN & MARTEL LLP |
| 12 | |
| 13 | By: /s/ Jenny Teaford |
| 14 |   Jenny Teaford |
| 15 | Attorneys for Defendants |
|    | Jeffrey J. Brown and John G. Kelleher |
| 16  DATED: _____, 2005 | GIBSON DUNN & CRUTCHER LLP |
| 17 | |
| 18 | By:_____ |
|    |   Paul J. Collins |
| 19 | |
| 20 | Attorneys for Defendants Jeffrey B. O'Neill and O'Neill Acquisition Co., LLC |
| 21  DATED: _____, 2005 | KIRKPATRICK LOCKHART NICHOLSON |
| 22 | GRAHAM, LLP |
| 23 | |
| 24 | By:_____ |
|    |   Jonathan M. Cohen |
| 25 | Attorneys for Defendant |
| 26 | Golden State Vintners, Inc. |
| 27 | |
| 28 | |

Case No. C04-3434 MJJ — 2 — 19206\845029.1

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

| | | |
|---|---|---|
| 1 | DATED: 11/3, 2005 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | 100 Pine Street, Suite 2600 |
| 3 | | San Francisco, CA 94111<br>Telephone: (415) 288-4545 |
| 4 | | Facsimile: (415) 288-4534 |
| 5 | | 401 B Street, Suite 1700<br>San Diego, CA 92101 |
| 6 | | Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 |
| 7 | | |
| 8 | | By: _____<br>Dennis J. Herman |
| 9 | | Willow E. Radcliffe<br>William S. Lerach |
| 10 | | Attorneys for Plaintiffs |
| 11 | DATED: _____, 2005 | FARELLA BRAUN & MARTEL LLP |
| 12 | | |
| 13 | | By: _____ |
| 14 | | Jenny Teaford |
| 15 | | Attorneys for Defendants<br>Jeffrey J. Brown and John G. Kelleher |
| 16 | DATED: _____, 2005 | GIBSON DUNN & CRUTCHER LLP |
| 17 | | |
| 18 | | By: _____<br>Paul J. Collins |
| 19 | | |
| 20 | | Attorneys for Defendants Jeffrey B. O'Neill and O'Neill Acquisition Co., LLC |
| 21 | DATED: _____, 2005 | KIRKPATRICK LOCKHART NICHOLSON GRAHAM, LLP |
| 22 | | |
| 23 | | |
| 24 | | By: _____<br>Jonathan M. Cohen |
| 25 | | Attorneys for Defendant |
| 26 | | Golden State Vintners, Inc. |
| 27 | | |
| 28 | | |

Case No. C04-3434 MJJ — 2 — 19206\845029.1

STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| DATED: 11/3, 2005 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br><br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br><br>By: _____<br>Dennis J. Herman<br>Willow E. Radcliffe<br>William S. Lerach<br><br>Attorneys for Plaintiffs |
| DATED: _____, 2005 | FARELLA BRAUN & MARTEL LLP<br><br>By: _____<br>Jenny Teaford<br><br>Attorneys for Defendants<br>Jeffrey J. Brown and John G. Kelleher |
| DATED: NOV. 3, 2005 | GIBSON DUNN & CRUTCHER LLP<br><br>By: _____<br>Paul J. Collins<br><br>Attorneys for Defendants Jeffrey B. O'Neill and O'Neill Acquisition Co., LLC |
| DATED: _____, 2005 | KIRKPATRICK LOCKHART NICHOLSON GRAHAM, LLP<br><br>By: _____<br>Jonathan M. Cohen<br><br>Attorneys for Defendant<br>Golden State Vintners, Inc. |

Case No. C04-3434 MJJ — -2- — 19206\84S029.1

STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: 11/3, 2005 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | 100 Pine Street, Suite 2600 |
| 3 | | San Francisco, CA 94111 |
| | | Telephone: (415) 288-4545 |
| 4 | | Facsimile: (415) 288-4534 |
| 5 | | 401 B Street, Suite 1700 |
| | | San Diego, CA 92101 |
| 6 | | Telephone: (619) 231-1058 |
| | | Facsimile: (619) 231-7423 |
| 7 | | |
| 8 | | By: _____ |
| | | Dennis J. Herman |
| 9 | | Willow E. Radcliffe |
| | | William S. Lerach |
| 10 | | Attorneys for Plaintiffs |
| 11 | DATED: _____, 2005 | FARELLA BRAUN & MARTEL LLP |
| 12 | | |
| 13 | | By: _____ |
| 14 | | Jenny Teaford |
| 15 | | Attorneys for Defendants Jeffrey J. Brown and John G. Kolleber |
| 16 | DATED: _____, 2005 | GIBSON DUNN & CRUTCHER LLP |
| 17 | | |
| 18 | | By: _____ |
| 19 | | Paul J. Collins |
| 20 | | Attorneys for Defendants Jeffrey B. O'Neill and O'Neill Acquisition Co., LLC |
| 21 | DATED: Nov. 3, 2005 | KIRKPATRICK LOCKHART NICHOLSON GRAHAM, LLP |
| 22 | | |
| 23 | | |
| 24 | | By: _____ |
| | | Jonathan M. Cohen  Dylan B. Carp |
| 25 | | Attorneys for Defendant |
| 26 | | Golden State Vintners, Inc. |
| 27 | | |
| 28 | | |

Case No. C04-3434 MJJ — - 2 - — 19206\845029.1

STIPULATION AND [PROPOSED] ORDER

## ORDER

Pursuant to Stipulation, it is so ordered. Movants described above may file a single consolidated brief of up to 35 pages in length. Plaintiff, Israel Shurkin, may file a brief responding to Movants' motion of up to 35 pages in length.

DATED: 11/10, 2005

_____
Honorable Martin J. Jenkins