**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHURKIN, | No. C04-03434 MJJ |
| Plaintiff, | **ORDER RE-SETTING HEARING DATE** |
| v. | |
| GOLDEN STATE VINTNERS INC ET AL, | |
| Defendant. | |

Pending before the Court are Defendants Golden State Vinters, Inc., Jeffrey Brown, Jeffrey O'Neill, John Kelleher, and O'Neill Acquisition Co., LLC's Motions to Dismiss Plaintiff's Amended Class Action Complaint (Docs. #40), and Defendant Hank Uberoi's Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violation of Federal Securities Laws (Doc. #39). The Court hereby **VACATES** the February 28, 2006 hearing date and **RE-SETS** hearing on these Motions for **April 11, 2006**, at 9:30 a.m., before Judge Jenkins.

**IT IS SO ORDERED.**

Dated: February 27, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE