LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
WILLOW E. RADCLIFFE (200087)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
DennisH@lerachlaw.com
WillowR@lerachlaw.com
   – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL SHURKIN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN STATE VINTNERS, INC., et al.,<br><br>Defendants. | No. C-04-3434-MJJ<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

1     WHEREAS, plaintiff filed his Amended Class Action Complaint for Violations of the Federal Securities Laws on September 23, 2005 (the "Complaint");

    WHEREAS, defendants moved to dismiss the Complaint on November 7, 2005;

    WHEREAS, by order of the Court dated February 27, 2006, defendants' motions to dismiss are currently scheduled to be heard on April 11, 2006;

    WHEREAS, a case management conference is currently scheduled for March 14, 2006;

    WHEREAS, the parties believe that the case management conference currently scheduled to occur on March 14, 2006 is premature given the pendency of defendants' motions to dismiss;

    NOW THEREFORE IT IS HEREBY STIPULATED, by and between counsel for the parties to this action, as follows:

    1.     A case management conference would be premature at this time and should be continued to a date after defendants' motions to dismiss have been heard; and

    2.     Nothing in this stipulation shall preclude a party from seeking a further adjustment to the dates set forth herein, or other appropriate relief, for good cause shown.

DATED: March 3, 2006     LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    DENNIS J. HERMAN
    WILLOW E. RADCLIFFE

    /s/ WILLOW E. RADCLIFFE
    WILLOW E. RADCLIFFE

    100 Pine Street, Suite 2600
    San Francisco, CA 94111
    Telephone: 415/288-4545
    415/288-4534 (fax)

    LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    WILLIAM S. LERACH
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Telephone: 619/231-1058
    619/231-7423 (fax)

    Lead Counsel for Plaintiff

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - C-04-3434-MJJ

- 1 -

| | | |
|---|---|---|
| 1 | DATED: March 2, 2006 | FARELLA BRAUN & MARTEL LLP<br>C. BRANDON WISOFF |
| 2 | | |
| 3 | | |
| 4 | | _____<br>C. BRANDON WISOFF |
| 5 | | 235 Montgomery Street<br>Russ Building, 30th Floor<br>San Francisco, CA 94104<br>Telephone: 414/954-4400<br>415/954-4480 (fax) |
| 6 | | |
| 7 | | |
| 8 | | Attorneys for Defendant(s) Jeffrey J. Brown and John G. Kelleher |
| 9 | DATED: March 2, 2006 | GIBSON, DUNN & CRUTCHER LLP<br>PAUL J. COLLINS |
| 10 | | |
| 11 | | |
| 12 | | _____<br>PAUL J. COLLINS |
| 13 | | |
| 14 | | 1881 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: 650/849-5300<br>650/849-5333 (fax) |
| 15 | | |
| 16 | | Attorneys for Defendants(s) Jeffrey B. O'Neill and O'Neill Acquisition Co., LLC |
| 17 | DATED: March 2, 2006 | HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN<br>STEVEN N. SHERR |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | _____<br>STEVEN N. SHERR |
| 22 | | 3 Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4065<br>Telephone: 415/434-1600<br>415/217-5910 (fax) |
| 23 | | |
| 24 | | |
| 25 | | Attorneys for Defendant Hank Uberoi |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE -
C-04-3434-MJJ

- 2 -

| | | |
|---|---|---|
| 1 | DATED: March 2, 2006 | FARELLA BRAUN & MARTEL LLP<br>C. BRANDON WISOFF |

_____
C. BRANDON WISOFF

235 Montgomery Street
Russ Building, 30th Floor
San Francisco, CA 94104
Telephone: 414/954-4400
415/954-4480 (fax)

Attorneys for Defendant(s) Jeffrey J. Brown and John G. Kelleher

DATED: March 2, 2006       GIBSON, DUNN & CRUTCHER LLP
                           PAUL J. COLLINS

_____
PAUL J. COLLINS

1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/849-5300
650/849-5333 (fax)

Attorneys for Defendants(s) Jeffrey B. O'Neill and O'Neill Acquisition Co., LLC

DATED: March 2, 2006       HOWARD, RICE, NEMEROVSKI, CANADY,
                           FALK & RABKIN
                           STEVEN N. SHERR

_____
STEVEN N. SHERR

3 Embarcadero Center, 7th Floor
San Francisco, CA 94111-4065
Telephone: 415/434-1600
415/217-5910 (fax)

Attorneys for Defendant Hank Uberoi

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - C-04-3434-MJJ

- 2 -

| | |
|---|---|
| 1  DATED: March 2, 2006 | FARELLA BRAUN & MARTEL LLP<br>C. BRANDON WISOFF |
| 2 | |
| 3 | |
| 4 | C. BRANDON WISOFF |
| 5 | 235 Montgomery Street<br>Russ Building, 30th Floor |
| 6 | San Francisco, CA 94104<br>Telephone: 414/954-4400 |
| 7 | 415/954-4480 (fax) |
| 8 | Attorneys for Defendant(s) Jeffrey J. Brown and<br>John G. Kelleher |
| 9  DATED: March 2, 2006 | GIBSON, DUNN & CRUTCHER LLP |
| 10 | PAUL J. COLLINS |
| 11 | |
| 12 | |
| 13 | PAUL J. COLLINS |
| 14 | 1881 Page Mill Road<br>Palo Alto, CA 94304 |
| 15 | Telephone: 650/849-5300<br>650/849-5333 (fax) |
| 16 | Attorneys for Defendants(s) Jeffrey B. O'Neill<br>and O'Neill Acquisition Co., LLC |
| 17  DATED: March 2, 2006 | HOWARD, RICE, NEMEROVSKI, CANADY, |
| 18 | FALK & RABKIN<br>STEVEN N. SHERR |
| 19 | |
| 20 | *[signature]* |
| 21 | STEVEN N. SHERR |
| 22 | 3 Embarcadero Center, 7th Floor |
| 23 | San Francisco, CA 94111-4065<br>Telephone: 415/434-1600 |
| 24 | 415/217-5910 (fax) |
| 25 | Attorneys for Defendant Hank Uberoi |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE -
C-04-3434-MJJ

- 2 -

| | | |
|---|---|---|
| 1 | DATED: March 2, 2006 | KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP |
| 2 | | JONATHAN M. COHEN |
| 3 | | |
| 4 | | *[signature]* |
| 5 | | JONATHAN M. COHEN |
| 6 | | Four Embarcadero Center, 10th Floor |
| 7 | | San Francisco, CA 94111<br>Telephone: 415/249-1000<br>415/249-1001 (fax) |
| 8 | | Attorneys for Defendant Golden State Vintners, Inc. |

* * *

## ORDER

Pursuant to stipulation of the parties and good cause appearing, it is hereby ordered that the Case Management Conference currently scheduled to occur March 14, 2006 is continued to _____, 2006.

IT IS SO ORDERED.

DATED: _____        _____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\User\Local Settings\Temp\S_000028564.doc

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE -
C-04-3434-MJJ
- 3 -

1  DATED: March 2, 2006                    KIRKPATRICK & LOCKHART NICHOLSON
                                           GRAHAM LLP
2                                          JONATHAN M. COHEN

3

4                                          _____
                                                  JONATHAN M. COHEN
5
                                           Four Embarcadero Center, 10th Floor
6                                          San Francisco, CA  94111
                                           Telephone: 415/249-1000
7                                          415/249-1001 (fax)

8                                          Attorneys for Defendant Golden State Vintners,
                                           Inc.
9

10
                                    *     *     *
11
                                   **O R D E R**
12
      Pursuant to stipulation of the parties and good cause appearing, it is hereby ordered that the

13  Case Management Conference currently scheduled to occur March 14, 2006 is continued to

14     April 25
       _____, 2006.  at 2:00 p.m.
15
         IT IS SO ORDERED.
16
    DATED:  3/6/2006                       _/s/ Martin J. Jenkins_____
17                                         THE HONORABLE MARTIN J. JENKINS
                                           UNITED STATES DISTRICT JUDGE
18

19

20  T:\CasesSF\Golden State Vintners\S_O00028564.doc

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE -
C-04-3434-MJJ
                                                                                    - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document on paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ WILLOW E. RADCLIFFE
WILLOW E. RADCLIFFE

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: WillowR@lerachlaw.com

# Mailing Information for a Case 3:04-cv-03434-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Dylan B. Carp**
  dcarp@klng.com cosborne@klng.com;msaephan@klng.com

- **Jonathan M. Cohen**
  jcohen@kl.com gpitt@KL.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Dennis J. Herman**
  dennish@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Tricia Lynn McCormick**
  triciam@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Steven Sherr**
  ssherr@howardrice.com jlapoint@howardrice.com

- **Michael B. Smith**
  mbsmith@gibsondunn.com msawyier@gibsondunn.com

- **C. Brandon Wisoff**
  bwisoff@fbm.com mzappas@fbm.com;calendar@fbm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Christine R. Chobot
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
```