Michael Q. Eagan (#63479)
Dana Y. Long (#215103)
LAW OFFICES OF MICHAEL Q. EAGAN
Three Embarcadero Center
Eighth Floor
San Francisco, California 94111
Telephone: (415) 765-4600

Attorneys for Defendant
GOLDEN STATE VINTNERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ISRAEL SHURKIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STATE VINTNERS, INC., JEFFREY J. BROWN, JEFFREY B. O'NEILL, JOHN G. KELLEHER, O'NEILL ACQUISITION CO., LLC, and HANK UBEROI,<br><br>Defendants. | Case No. C-04-3434 MJJ<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GOLDEN STATE VINTNERS, INC.**<br><br>Date Action Filed: August 19, 2004<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that defendant Golden State Vintners, Inc. ("GSV") substitutes The Law Offices of Michael Q. Eagan as its counsel of and attorney of record in this matter.

Former Attorney

Defendant GSV's former counsel, William N. Hebert (#136099) and Dylan B. Carp (#196846), Kirkpatrick & Lockhart Preston Gates & Ellis LLP, 630 Hansen Way, Palo Alto, CA, 94304, and Jonathan M. Cohen (#168207), Winston & Strawn, LLP, 101 California St., San Francisco, CA, 94111, are no longer its attorneys in this matter.

-1-

Case No. C-04-3434 MJJ
**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GOLDEN STATE VINTNERS, INC.**

<u>Substituting Attorney</u>

Defendant GSV's new counsel in this matter and new attorney of record upon whom all notices may be served is:

Michael Q. Eagan (#63479)
LAW OFFICES OF MICHAEL Q. EAGAN
Three Embarcadero Center, Eighth Floor
San Francisco, California 94111
Tel:   (415) 765-4600
Fax:   (415) 765-4659

<u>Substitution Based on Consent</u>

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Date:_____, 2007

_____
Richard Mahoney
Golden State Vintners, Inc.

Date:_____, 2007

_____
William N. Hebert
Dylan B. Carp
KIRPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Former Attorneys for defendant Golden State Vintners, Inc.

Date:_____, 2007

_____
Jonathan M. Cohen
WINSTON & STRAWN LLP
Former Attorneys for defendant Golden State Vintners, Inc.

Date:_____, 2007

_____
Michael Q. Eagan
LAW OFFICES OF MICHAEL Q. EAGAN
Attorneys for defendant Golden State Vintners, Inc.

**IT IS SO ORDERED.**

Date: _____, 2007

_____
Hon. Martin J. Jenkins
U.S. DISTRICT COURT JUDGE

-2-

Case No. C-04-3434 MJJ
**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GOLDEN STATE VINTNERS, INC.**

<u>Substituting Attorney</u>

_____ Defendant GSV's new counsel in this matter and new attorney of record upon whom all notices may be served is:

Michael Q. Eagan (#63479)
LAW OFFICES OF MICHAEL Q. EAGAN
Three Embarcadero Center, Eighth Floor
San Francisco, California 94111
Tel: (415) 765-4600
Fax: (415) 765-4659

<u>Substitution Based on Consent</u>

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Date: 1/26, 2007

*[signature]*
Richard Mahoney
Golden State Vintners, Inc.

Date: _____, 2007

_____
William N. Hebert
Dylan B. Carp
KIRPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Former Attorneys for defendant Golden State Vintners, Inc.

Date: _____, 2007

_____
Jonathan M. Cohen
WINSTON & STRAWN LLP
Former Attorneys for defendant Golden State Vintners, Inc.

Date: _____, 2007

_____
Michael Q. Eagan
LAW OFFICES OF MICHAEL Q. EAGAN
Attorneys for defendant Golden State Vintners, Inc.

**IT IS SO ORDERED.**

Date: _____, 2007

_____
Hon. Martin J. Jenkins
U.S. DISTRICT COURT JUDGE

-2-
Case No. C-04-3434 MJJ
**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GOLDEN STATE VINTNERS, INC.**

### Substituting Attorney

\_\_\_\_Defendant GSV's new counsel in this matter and new attorney of record upon whom all notices may be served is:

Michael Q. Eagan (#63479)
LAW OFFICES OF MICHAEL Q. EAGAN
Three Embarcadero Center, Eighth Floor
San Francisco, California 94111
Tel:   (415) 765-4600
Fax:   (415) 765-4659

### Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Date:_____, 2007

_____
Richard Mahoney
Golden State Vintners, Inc.

Date: Jan. 26, 2007

_____
William N. Hebert
Dylan B. Carp
KIRPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Former Attorneys for defendant Golden State Vintners, Inc.

Date:_____, 2007

_____
Jonathan M. Cohen
WINSTON & STRAWN LLP
Former Attorneys for defendant Golden State Vintners, Inc.

Date:_____, 2007

_____
Michael Q. Eagan
LAW OFFICES OF MICHAEL Q. EAGAN
Attorneys for defendant Golden State Vintners, Inc.

**IT IS SO ORDERED.**

Date: _____, 2007

_____
Hon. Martin J. Jenkins
U.S. DISTRICT COURT JUDGE

-2-
Case No. C-04-3434 MJJ
**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GOLDEN STATE VINTNERS, INC.**

### Substituting Attorney

_____ Defendant GSV's new counsel in this matter and new attorney of record upon whom all notices may be served is:

Michael Q. Eagan (#63479)
LAW OFFICES OF MICHAEL Q. EAGAN
Three Embarcadero Center, Eighth Floor
San Francisco, California  94111
Tel:    (415) 765-4600
Fax:    (415) 765-4659

### Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Date:_____, 2007

_____
Richard Mahoney
Golden State Vintners, Inc.

Date:_____, 2007

_____
William N. Hebert
Dylan B. Carp
KIRPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Former Attorneys for defendant Golden State Vintners, Inc.

Date: January 30, 2007

_____
Jonathan M. Cohen
WINSTON & STRAWN LLP
Former Attorneys for defendant Golden State Vintners, Inc.

Date:_____, 2007

_____
Michael Q. Eagan
LAW OFFICES OF MICHAEL Q. EAGAN
Attorneys for defendant Golden State Vintners, Inc.

**IT IS SO ORDERED.**

Date: _____, 2007

_____
Hon. Martin J. Jenkins
U.S. DISTRICT COURT JUDGE

-2-
Case No. C-04-3434 MJJ
**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GOLDEN STATE VINTNERS, INC.**

### Substituting Attorney

Defendant GSV's new counsel in this matter and new attorney of record upon whom all notices may be served is:

Michael Q. Eagan (#63479)
LAW OFFICES OF MICHAEL Q. EAGAN
Three Embarcadero Center, Eighth Floor
San Francisco, California 94111
Tel:   (415) 765-4600
Fax:   (415) 765-4659

### Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Date:_____, 2007

_____
Richard Mahoney
Golden State Vintners, Inc.

Date:_____, 2007

_____
William N. Hebert
Dylan B. Carp
KIRPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Former Attorneys for defendant Golden State Vintners, Inc.

Date:_____, 2007

_____
Jonathan M. Cohen
WINSTON & STRAWN LLP
Former Attorneys for defendant Golden State Vintners, Inc.

Date: 1/30, 2007

_____
Michael Q. Eagan
LAW OFFICES OF MICHAEL Q. EAGAN
Attorneys for defendant Golden State Vintners, Inc.

**IT IS SO ORDERED.**

Date: February 5, 2007

_____
Hon. Martin J. Jenkins
U.S. DISTRICT COURT JUDGE

-2-
Case No. C-04-3434 MJJ
**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GOLDEN STATE VINTNERS, INC.**