LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
WILLOW E. RADCLIFFE (200087)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
DennisH@lerachlaw.com
WillowR@lerachlaw.com
     – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL SHURKIN, On Behalf of Himself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) GOLDEN STATE VINTNERS, INC., et al., ) ) Defendants. ) | No. C-04-3434-MJJ <br><br> <u>CLASS ACTION</u> <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |

1  WHEREAS, on December 30, 2006, the Court entered its Order Granting Defendants'
2  Motion to Dismiss Without Prejudice (the "Order"), which was served on all counsel electronically
3  on January 4, 2007;
4  WHEREAS, the Order requires plaintiff to file a Second Amended Complaint within 30 days
5  of the filing date of the Order;
6  WHEREAS, in order to permit plaintiff additional time to investigate and evaluate his
7  options in light of the Order and to prepare and file a new Complaint if he elects to do so, plaintiff
8  has requested that defendants consent to an extension of time to and including February 15, 2007 to
9  file any Second Amended Complaint;
10  WHEREAS, all defendants have consented to plaintiff's request;
11  NOW, THEREFORE, the parties hereby STIPULATE and AGREE, and request the Court to
12  order, that plaintiff shall have to and including February 15, 2007 to file any Second Amended
13  Complaint.

DATED: January 29, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE


    /s/ Dennis J. Herman
DENNIS J. HERMAN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE SECOND
AMENDED COMPLAINT - C-04-3434-MJJ - 1 -

| | | |
|---|---|---|
| DATED: January 29, 2007 | | FARELLA BRAUN & MARTEL LLP<br>C. BRANDON WISOFF |

                                                                          /s/ C. Brandon Wisoff
                                                                             C. BRANDON WISOFF

                                                 235 Montgomery Street
                                                 Russ Building, 30th Floor
                                               San Francisco, CA 94104
                                               Telephone: 414/954-4400
                                               415/954-4480 (fax)

                                               Attorneys for Defendant(s) Jeffrey J. Brown and John G. Kelleher

DATED: January 29, 2007                     GIBSON, DUNN & CRUTCHER LLP
                                               PAUL J. COLLINS

                                                 /s/ Paul J. Collins
                                                     PAUL J. COLLINS

                                               1881 Page Mill Road
                                               Palo Alto, CA 94304
                                               Telephone: 650/849-5300
                                               650/849-5333 (fax)

                                               Attorneys for Defendants(s) Jeffrey B. O'Neill and O'Neill Acquisition Co., LLC

DATED: January 29, 2007                     HOWARD, RICE, NEMEROVSKI, CANADY,
                                               FALK & RABKIN
                                               STEVEN N. SHERR

                                                 /s/ Steven N. Sherr
                                                    STEVEN N. SHERR

                                               3 Embarcadero Center, 7th Floor
                                               San Francisco, CA 94111-4065
                                               Telephone: 415/434-1600
                                               415/217-5910 (fax)

                                               Attorneys for Defendant Hank Uberoi

DATED: January 29, 2007                     KIRKPATRICK & LOCKHART NICHOLSON
                                               GRAHAM LLP
                                               WILLIAM HEBERT

                                                 /s/ William Hebert
                                                    WILLIAM HEBERT

Four Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415/249-1000
415/249-1001 (fax)

Attorneys for Defendant Golden State Vintners, Inc.

\* \* \*

**O R D E R**

Pursuant to stipulation of the parties and for good cause, it is hereby ordered that Plaintiff shall have to and including February 15, 2007 to file any Second Amended Complaint.

DATED: 2/5/7

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Golden State Vintners\S&O00038589.doc

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on January 29, 2007, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I further certify that I caused this document to be forwarded to the following designated |
| 8 | Internet site at: http://securities.lerachlaw.com/. |

s/ Dennis J. Herman
DENNIS J. HERMAN

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: dennish@lerachlaw.com

# Mailing Information for a Case 3:04-cv-03434-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Dylan B. Carp**
  dcarp@klng.com cosborne@klng.com;msaephan@klng.com

- **Jonathan M. Cohen**
  jcohen@winston.com gpitt@winston.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **William N. Hebert**
  whebert@klng.com mrubida@klng.com;jennifer.smith@klng.com

- **Dennis J. Herman**
  dennish@lerachlaw.com e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Tricia Lynn McCormick**
  triciam@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Steven Sherr**
  ssherr@howardrice.com jlapoint@howardrice.com

- **Michael B. Smith**
  mbsmith@gibsondunn.com msawyier@gibsondunn.com

- **C. Brandon Wisoff**
  bwisoff@fbm.com mzappas@fbm.com;calendar@fbm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Christine R. Chobot**
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304